IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-01347-MSK-BNB

JAIME AGUILAR,
MARIBEL AGUILAR,
MONSERRATE AGUILAR, and
ROGELIO AGUILAR,

Plaintiffs,

v.

TOWN OF CENTER, a Colorado municipal corporation,
CARLOS HEREDIA, individually and in his official capacity as a police officer for the Town of Center, and
LEROY TORRES, individually and in his official capacity as a chief of police for the Town of Center,

Defendants.
_____

**ORDER**
_____

The parties appeared this afternoon for a scheduling conference. The proposed scheduling order was refused for the reasons stated on the record.

IT IS ORDERED that the parties shall submit a revised scheduling order, modified as discussed at the scheduling conference this afternoon, on or before **September 7, 2012**.

Dated August 27, 2012.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge