IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01347-MSK-BNB

JAIME AGUILAR,
MARIBEL AGUILAR,
MONSERRATE AGUILAR, and
ROGELIO AGUILAR,

Plaintiffs,

v.

TOW OF CENTER, a Colorado municipal corporation,
CARLOS HEREDIA, individually and in his official capacity as a police officer for the Town of Center, and
LEROY TORRES, individually and in his official capacity as a chief of police for the Town of Center,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Joint Unopposed Motion for Stay** [docket no. 29, filed December 12, 2012] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED IN PART AND DENIED IN PART. There will be no stay. However, the parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **January 15, 2013**, and the parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **February 15, 2013**.

DATED:  December 14, 2012