IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-01347-MSK-BNB

JAIME AGUILAR;
MARIBEL AGUILAR;
MONSERRATE AGUILAR; and
ROGELIO AGUILAR,

       Plaintiffs,

v.

TOWN OF CENTER, a Colorado municipal corporation;
CARLOS HEREDIA, in his individual and official capacity as a police officer for the Town of Center; and
LEROY HORRES, in his individual and official capacity as a police officer for the Town of Center;

       Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulated Motion for Dismissal With Prejudice (Motion) **(#36)** filed January 10, 2013.  Having reviewed the Motion,

**IT IS ORDERED** that the Motion is GRANTED and all claims asserted between the parties are hereby dismissed, with prejudice, each party to bear his, her or its own attorney fees and costs.

DATED this 14th day of January, 2013.

       BY THE COURT:

       *Marcia S. Krieger*

       Marcia S. Krieger
       Chief United States District Judge